**Order entered January 2, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-01750-CV

## IN RE: FREDERICK D. TODD, II, M.D., AND FREDERICK D. TODD, II, M.D., P.A. D/B/A ARLINGTON NEUROLOGICAL & SPINE ASSOCIATES, Relator

**Original Proceeding from the 116th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No.**

## ORDER

The Court has before it Relator's Petition for Writ of Mandamus. The Court requests that

Real Party in Interest and Respondent file any responses by January 13, 2014.

.

/s/     JIM MOSELEY
           JUSTICE